United States Court of Appeals

For the Eighth Circuit

_____

No. 24-3207

_____

United States of America

*Plaintiff - Appellee*

v.

Jamal Wiley

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: July 28, 2025
Filed: August 7, 2025
[Unpublished]

_____

Before LOKEN, SHEPHERD, and KELLY, Circuit Judges.

_____

PER CURIAM.

Jamal Wiley appeals the sentence imposed by the district court[1] after he
pleaded guilty to a firearm offense. His counsel has requested leave to withdraw, and

---

[1]The Honorable James M. Moody Jr., United States District Judge for the
Eastern District of Arkansas.

has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence, as the court properly considered the factors listed in 18 U.S.C. § 3553(a) and did not clearly err in weighing the relevant factors. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (sentences are reviewed for substantive reasonableness under deferential abuse-of-discretion standard; abuse of discretion occurs when court fails to consider relevant factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment in weighing appropriate factors).

We have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we grant counsel leave to withdraw, and affirm.

_____